AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means          ☐ Original          ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*

**Twitter accounts for Twitter account
identifiers: Bmindinmyown,
19e74sisk@gmail.com and
ericsisk429@gmail.com, THAT IS STORED
AT PREMISES CONTROLLED BY**

)
)
)
)
)
)
)

Case No. 2:23-mj-00003

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ **Northern** _____ District of _____ **California** _____
*(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

**YOU ARE COMMANDED** to execute this warrant on or before _____ February 28, 2023 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ United States Magistrate Judge Benjamin W. Cheesbro _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:     February 14, 2023 1:50 p.m     _____
                                                                                                  *Judge's signature*

City and state:     Brunswick, Georgia     _____
                                                                                  United States Magistrate Judge Benjamin W. Chea
                                                                                  *Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>2:23-mj-00003 | Date and time warrant executed:<br>02/14/2023  1617 hours | Copy of warrant and inventory left with:<br>Twitter- Custodian of Records |
| Inventory made in the presence of :<br>UA Hillary Nielsen | | |
| Inventory of the property taken and name(s) of any person(s) seized:<br><br>Compressed file containing approximately 300MB of data | | |

| **Certification** |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  03/22/2023

_Executing officer's signature_

Hillary Nielsen, Special Agent, HSI
_Printed name and title_