AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means

☐ Original          ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Georgia

In the Matter of the Search of

*(Briefly describe the property to be searched or identify the person by name and address)*

**IN THE MATTER OF THE SEARCH OF Information associated with the Mega account associated with e-mail address "tesisk74@gmail.com" that is currently in the custody of Homeland Security Investigations**

)
)
)
)
)
)
)

Case No. 2:23-mj-00003

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Southern_____ District of _____Georgia_____
*(identify the person or describe the property to be searched and give its location)*:

**SEE ATTACHMENT A**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT B**

**YOU ARE COMMANDED** to execute this warrant on or before _____April 7, 2023_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   United States Magistrate Judge Benjamin W. Cheesbro  .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:     __March 23, 2023 9:40 a.m.__              _____
                                                                                                                    *Judge's signature*

City and state:        __Brunswick, Georgia__                    United States Magistrate Judge Benjamin W. Cheesbro
                                                                                                *Printed name and title*

## ATTACHMENT A

### *Accounts to be searched*

This warrant applies to the content and information contained in and associated with the Mega account associated with the email address tesisk74@gmail.com. The content of the Mega account was provided to HSI Savannah in a password-protected link from Te Tari Taiwhenua, Department of Internal Affairs, New Zealand on February 21, 2023.  This password-protected link remains in the possession of HSI Savannah at present.

1

## ATTACHMENT B

## Particular Things to be Seized

1.    Images and videos of child pornography, as defined in 18 U.S.C. § 2256(8), visual depictions of minors engaged in sexually explicit conduct as defined in 18 U.S.C. § 2256(2), and/or child erotica.

2.    Evidence, records, correspondence, and data pertaining to the production of, or receipt, possession or distribution of, child pornography in any form, as defined in 18 U.S.C. § 2256(8), visual depictions of minors engaged in sexually explicit conduct as defined in 18 U.S.C. § 2256(2), and/or child erotica.

3.    Records and data relating to the operation, ownership, and use of computer systems, digital devices and digital media to facilitate the production, receipt, distribution and possession of child pornography, as defined in 18 U.S.C. § 2256(8), visual depictions of minors engaged in sexually explicit conduct as defined in 18 U.S.C. § 2256(2), and/or child erotica.

4.    Records and data pertaining to internet usage, including (Internet Protocol) IP addresses and Internet Service Provider accounts.

5.    Records pertaining to basic subscriber information, including associated devices.

1

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| **Case No.:** 2:23-mj-00003 | **Date and time warrant executed:** 03/24/2023  1330 hours | **Copy of warrant and inventory left with:** HSI Savannah |
| **Inventory made in the presence of :** SA Hillary Nielsen | | |
| **Inventory of the property taken and name(s) of any person(s) seized:** A file containing approximately 6.40 GB of data | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:   03/24/2023

_____
*Executing officer's signature*

Hillary Nielsen, Special Agent, HSI
*Printed name and title*