**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

**IN RE: ALL PROCESS ISSUED**      ) **CASE NO: 2:23-mj-003**
**UNDER SEAL IN 2:23-mj-003**         )
                                    )

## <u>ORDER</u>

Upon motion of the United States for an order unsealing the Search Warrants, Motions and all other related papers, together with any and all process issued thereunder in the above-styled matter, and good cause appearing therefore, the investigation of the Defendant will not be compromised by unsealing said documents, it is, **ORDERED** that the Government's motion is GRANTED. The Search Warrants, Motions and all other related papers issued in the above-styled matter, together with any and all process issued thereunder in the above-styled matter, are hereby UNSEALED.

Order entered at Brunswick, Georgia, this 8th day of November, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA